# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Donald Jacob Burrs, Jr. <br> a/k/a Donald Jacob Burrs <br> **Debtor 1** <br> Joyce Melinda Burrs <br> **Debtor 2** <br><br> M&T Bank <br> **Movant(s)** <br> v. <br> Donald Jacob Burrs, Jr. <br> a/k/a Donald Jacob Burrs <br> Joyce Melinda Burrs <br> **Respondent(s)** <br> Jack N. Zaharopoulos, Esquire <br> Standing Chapter 13 Trustee <br> **Additional Respondent** | **Chapter** 13 <br><br> **Case No.** 1:22-BK-02516-HWV <br><br> **Matter:** Motion for Relief from the Automatic Stay <br><br> **Document No.** 39 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Donald Jacob Burrs, Jr. and Joyce Melinda Burrs, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Upon information and belief, the averment as stated in Paragraph 5 is admitted.

6. Upon information and belief, the averment as stated in Paragraph 6 is admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

7. Upon information and belief, the averment as stated in Paragraph 7 is admitted. By way of further response Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 9; therefore, they are denied.

10. Paragraph 10 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

                                        Respectfully submitted,
                                        **DETHLEFS PYKOSH & MURPHY**

Date: May 23, 2023                                  /s/ Paul D. Murphy-Ahles

                                        Paul D. Murphy-Ahles, Esquire
                                        PA ID No. 201207
                                        2132 Market Street
                                        Camp Hill, PA 17011
                                        (717) 975-9446
                                        pmurphy@dplglaw.com
                                        *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Donald Jacob Burrs, Jr.<br>a/k/a Donald Jacob Burrs<br>    **Debtor 1**<br>Joyce Melinda Burrs<br>    **Debtor 2**<br><br>M&T Bank<br>    **Movant(s)**<br>        v.<br>Donald Jacob Burrs, Jr.<br>a/k/a Donald Jacob Burrs<br>Joyce Melinda Burrs<br>    **Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>    **Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02516-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 39 |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, May 23, 2023, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Brian Nicholas, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire