# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Donald Jacob Burrs Jr., <br> aka Donald Jacob Burrs, | Chapter 13 |
| **Debtor 1** | Case No. 1:22–bk–02516–HWV |
| Joyce Melinda Burrs, | |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 23, 2023. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 2, 2023

orcnfpln(05/18)

**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Donald Jacob Burrs, Jr.<br>a/k/a Donald Jacob Burrs<br>**Debtor 1**<br>Joyce Melinda Burrs<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02516-HWV<br><br>**Matter:** Order Confirming Amended Chapter 13 Plan |

### CERTIFICATE OF SERVICE

I hereby certify that on Thursday, August 3, 2023, I served a true and correct copy of the **Order Confirming Amended Chapter 13 Plan** in this proceeding via electronic means or USPS First Class Mail upon the recipients as listed in the Mailing Matrix.

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire

Label Matrix for local noticing
0314-1
Case 1:22-bk-02516-HWV
Middle District of Pennsylvania
Harrisburg
Fri Jun 23 12:28:00 EDT 2023

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave Dept. APS
Oklahoma City, OK 73118-7901
**DUPLICATE**

M&T Bank
PO Box 1508
Buffalo, NY 14240-1508

Specialized Loan Servicing LLC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104
**ELECTRONIC**

(p)AR RESOURCES INC
PO BOX 1056
BLUE BELL PA 19422-0287

(p)ASPEN DENTAL
PO BOX 1578
ALBANY NY 12201-1578

Cancer Care Associates of York
25 Monument Road, Suite 294
York, PA 17403-5049

Capital One Bank / Kohl's
N56 West 17000 Ridgewood Drive
Menomonee Falls, WI 53051

Capital One Bank USA, NA
PO Box 30285
Salt Lake City, UT 84130-0285
**DUPLICATE**

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comenity Bank / Big Lots
Attn: Bankruptcy Department
PO Box 183043
Columbus, OH 43218-3043

Comenity Bank / IKEA
Attn: Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Comenity Bank / Wayfair
Attn: Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Dermatology & Skin Surgery Center
400 Pine Grove Commons
York, PA 17403-5161

Exeter Finance LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Exeter Finance LLC
PO Box 650693
Dallas, TX 75265-0693
**DUPLICATE**

Johns Hopkins Medicine
PO Box 417714
Boston, MA 02241-7714

KML Law Group, PC
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Kennedy Krieger Institute
PO Box 198728
Atlanta, GA 30384-8728

LOGS Legal Group, LLP
3600 Harizon Drive, Suite 150
King of Prussia, PA 19406-4702

M&T BANK
PO Box 1508, Buffalo, NY 14240
**DUPLICATE**

M&T Bank
Attn: Legal Document Processing
626 Commerce Drive
Amherst, NY 14228-2391
**DUPLICATE**

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
PO Box 939069
San Diego, CA 92193-9069

Nationwide Credit, Inc.
PO Box 14581
Des Moines, IA 50306-3581

Pinnacle Health
PO Box 826813
Philadelphia, PA 19182-6813

Quantum3 Group LLC as agent for
MOMA Trust LLC
PO Box 788
Kirkland, WA 98083-0788

RAS Crane & Partners, PLLC
130 Clinton Rd #202
Fairfield, NJ 07004-2927

Snap-On Credit, LLC
850 Technology Way, Suite 301
Libertyville, IL 60048-5350

| | | |
|---|---|---|
| Specialized Loan Servicing LLC<br>6200 S Quebec Street, Suite 300<br>Greenwood Village, Colorado 80111-4720<br>**DUPLICATE** | Specialized Loan Servicing, LLC<br>8742 Lucent Boulevard, Suite 300<br>Highlands Ranch, CO 80129-2386<br>**DUPLICATE** | Sunrise Credit Services, Inc.<br>PO Box 9100<br>Farmingdale, NY 11735-9100 |
| The Bureaus, Inc.<br>650 Dundee Road, Suite 370<br>Northbrook, IL 60062-2757 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722<br>**ELECTRONIC** | WellSpan Health<br>PO Box 742641<br>Cincinnati, OH 45274-2641 |
| York Credit Bureau<br>33 South Duke Street<br>York, PA 17401-1401 | York ENT Associate<br>924 Colonial Avenue, Suite E<br>York, PA 17403-3450 | Donald Jacob Burrs Jr.<br>3965 Eldine Avenue<br>York, PA 17408-9328 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625<br>**ELECTRONIC** | Joyce Melinda Burrs<br>3965 Eldine Avenue<br>York, PA 17408-9328 | Paul Donald Murphy-Ahles<br>Dethlefs Pykosh & Murphy<br>2132 Market Street<br>Camp Hill, PA 17011-4706<br>**ELECTRONIC** |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AR Resources<br>1777 Sentry Parkway West<br>Blue Bell, PA 19422 | Aspen Dental<br>PO Box 1578<br>Albany, NY 12201 | Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Exeter Finacial | End of Label Matrix<br>Mailable recipients    41<br>Bypassed recipients     1<br>Total                  42 |