United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Donald Jacob Burrs, Jr.

Joyce Melinda Burrs

    Debtors

Case No. 22-02516-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 30, 2023 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: SLSBKNotices@nationalbankruptcy.com | Aug 30 2023 18:36:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2023               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Charles G. Wohlrab | |
| | on behalf of Creditor Specialized Loan Servicing LLC cwohlrab@ecf.courtdrive.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | |
| | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | |

on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com

Michelle McGowan

on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com

Paul Donald Murphy-Ahles

on behalf of Debtor 2 Joyce Melinda Burrs pmurphy@dplglaw.com  kgreene@dplglaw.com

Paul Donald Murphy-Ahles

on behalf of Debtor 1 Donald Jacob Burrs  Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| IN RE:<br><br>Donald Jacob Burrs, Jr.,<br>*aka* Donald Jacob Burrs, and<br><br>Joyce Melinda Burrs,<br><br>   Debtors.<br>_____/<br><br>Specialized Loan Servicing, LLC,<br><br>     Secured Creditor,<br><br>v.<br><br>Donald Jacob Burrs, Jr.,<br>Joyce Melinda Burrs,<br>Jack N Zaharopoulos,<br><br>     Respondents.<br>_____/ | Bankruptcy No. 1:22-bk-02516-HWV<br><br>Chapter 13 |

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF

Upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 29, 2023