# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Donald Jacob Burrs, Jr.<br>a/k/a Donald Jacob Burrs<br>**Debtor 1**<br>Joyce Melinda Burrs<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02516-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay |
| Exeter Finance<br>**Movant(s)**<br>v.<br>Donald Jacob Burrs, Jr.<br>a/k/a Donald Jacob Burrs<br>Joyce Melinda Burrs<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Document No.** 73 |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), Donald Jacob Burrs, Jr. and Joyce Melinda Burrs, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Denied. Debtor(s) are without sufficient knowledge as to the truth of the averment as stated in Paragraph 2; therefore, it is denied.

3. Upon information and belief, the averments as stated in Paragraph 3 are admitted.

4. Upon information and belief, the averments as stated in Paragraph 4 are admitted. By way of further response, Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

5. Paragraph 5 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: May 1, 2024

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207

2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Donald Jacob Burrs, Jr.<br>a/k/a Donald Jacob Burrs<br>**Debtor 1**<br>Joyce Melinda Burrs<br>**Debtor 2**<br><br>Exeter Finance<br>**Movant(s)**<br>v.<br>Donald Jacob Burrs, Jr.<br>a/k/a Donald Jacob Burrs<br>Joyce Melinda Burrs<br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:22-BK-02516-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 73 |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, May 1, 2024, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

William Craig, Esquire
Eisenberg Gold & Agrawal & Craig
1040 Kings Highway North, Suite 200
Cherry Hill, NJ 08034
*Counsel for Movant(s)*

Jack N. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North Sixth Street, Floor 3
Harrisburg, PA 17102

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire