UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DONALD JACOB BURRS, JR.
         DONALD JACOB BURRS
         JOYCE MELINDA BURRS

                                              CHAPTER 13
         Debtor(s)

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                  Movant
         vs.
                                              CASE NO: 1-22-02516-HWV
         DONALD JACOB BURRS, JR.
         DONALD JACOB BURRS
         JOYCE MELINDA BURRS

                  Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE**

AND NOW, on May 8, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice in accordance with Section 1307(c) of 11 U.S.C., due to material default by the debtor(s) with respect to the terms of the plan.

In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

   Case Number: 1-20-01169-HWV
   Counsel: PAUL MURPHY-AHLES ESQUIRE
   Filing Date: 03/27/20              Date Dismissed: 10/07/22
   Total Payments: $8110.00           Chapter: 13
   Result: Dismissed for failure to make plan payments
   _____

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of 1 prior Chapter 13 petitions within a Two year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of hearing and other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
   1. Dismiss this case in accordance with 11 U.S.C. Sec. 1307(c) and,

   2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

                                              Respectfully submitted,

                                              /s/ Douglas R. Roeder, Esquire
                                              Id:   80016

Attorney for Trustee  
Jack N. Zaharopoulos  
Standing Chapter 13 Trustee  
8125 Adams Drive, Suite A  
Hummelstown, PA   17036  
Phone:   (717) 566-6097  
email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONALD JACOB BURRS, JR.
DONALD JACOB BURRS
JOYCE MELINDA BURRS

CHAPTER 13

Debtor(s)

CASE NO: 1-22-02516-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

**NOTICE**

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss with Prejudice for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion as indicated below.  For any matter not resolved you MUST attend the hearing.

Sylvia H. Rambo United States Courthouse      Date: January 24, 2024
Bankruptcy Courtroom 8, 4th Floor             Time: <MTDDateTime>
1501 North 6th Street
Harrisburg, PA 17102

You MUST attend the hearing unless the matter is settled by one of the following having taken place prior to the hearing.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 3718.00**
**AMOUNT DUE FOR THIS MONTH:  $938.00**
**TOTAL AMOUNT DUE BEFORE HEARING DATE:  $4656.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK OR MONEY ORDER.   NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED.**

**DO NOT send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.   Doing so will delay processing of your payment and may result in dismissal of your case.**

**Mail payments by U.S. First Class Mail to:   JACK N. ZAHAROPOULOS, CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN   38101-6008**

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL WITH PREJUDICE OF YOUR CASE**.

Dated: May 8, 2024

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONALD JACOB BURRS, JR.
DONALD JACOB BURRS
JOYCE MELINDA BURRS

CHAPTER 13

Debtor(s)

CASE NO: 1-22-02516-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
  Movant

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 8, 2024, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served Electronically

PAUL MURPHY-AHLES ESQUIRE
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL PA   17011-

Office of the United States Trustee
1501 North 6th Street
Box 302
Harrisburg, PA 17102

Served by First Class Mail

DONALD JACOB BURRS, JR.
JOYCE MELINDA BURRS
3965 ELDINE AVENUE
YORK   PA   17408

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 8, 2024

/s/   Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DONALD JACOB BURRS, JR.
DONALD JACOB BURRS
JOYCE MELINDA BURRS

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-22-02516-HWV

vs.

DONALD JACOB BURRS, JR.
DONALD JACOB BURRS
JOYCE MELINDA BURRS

    Respondent(s)

## ORDER DISMISSING CASE WITH PREJUDICE

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.