| In re: | Case No. 22-02516-HWV |
|---|---|
| Donald Jacob Burrs, Jr. | Chapter 13 |
| Joyce Melinda Burrs | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: pdf010 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Jacob Burrs, Jr., Joyce Melinda Burrs, 3965 Eldine Avenue, York, PA 17408-9328 |
| cr | + | Exeter Finance LLC, 2860 Patton rd, Roseville, MN 55113-1100 |
| 5514184 | | Cancer Care Associates of York, 25 Monument Road, Suite 294, York, PA 17403-5049 |
| 5514185 | | Capital One Bank / Kohl's, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5514191 | | Dermatology & Skin Surgery Center, 400 Pine Grove Commons, York, PA 17403-5161 |
| 5514194 | | Kennedy Krieger Institute, PO Box 198728, Atlanta, GA 30384-8728 |
| 5514196 | #+ | LOGS Legal Group, LLP, 3600 Harizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5521838 | | M&T BANK, PO Box 1508, Buffalo, NY 14240 |
| 5514200 | | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5514201 | + | Snap-On Credit, LLC, 850 Technology Way, Suite 301, Libertyville, IL 60048-5350 |
| 5514205 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5514206 | + | York Credit Bureau, 33 South Duke Street, York, PA 17401-1401 |
| 5514207 | | York ENT Associate, 924 Colonial Avenue, Suite E, York, PA 17403-3450 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2024 18:50:29 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: SLSBKNotices@nationalbankruptcy.com | Jun 27 2024 18:36:00 | Specialized Loan Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5514182 | | Email/Text: collectors@arresourcesinc.com | Jun 27 2024 18:36:00 | AR Resources, 1777 Sentry Parkway West, Blue Bell, PA 19422 |
| 5514183 | | Email/Text: bankruptcynotice@aspendental.com | Jun 27 2024 18:36:00 | Aspen Dental, PO Box 1578, Albany, NY 12201 |
| 5514186 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 18:50:23 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5516533 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 18:51:51 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5514188 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 18:37:00 | Comenity Bank / Big Lots, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5514189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 18:37:00 | Comenity Bank / IKEA, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5514190 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 18:37:00 | Comenity Bank / Wayfair, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5525611 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Jun 27 2024 18:39:32 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 5514735 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 27 2024 18:50:24 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5514193 | | Email/Text: bankruptcy@jh.edu | Jun 27 2024 18:36:00 | Johns Hopkins Medicine, PO Box 417714, Boston, MA 02241-7714 |
| 5514187 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 18:39:13 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5514195 | ^ | MEBN | Jun 27 2024 18:35:22 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5514197 | + | Email/Text: camanagement@mtb.com | Jun 27 2024 18:37:00 | M&T Bank, Attn: Legal Document Processing, 626 Commerce Drive, Amherst, NY 14228-2391 |
| 5514198 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 18:37:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, PO Box 939069, San Diego, CA 92193-9069 |
| 5515213 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 18:37:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5526212 | + | Email/Text: RASEBN@raslg.com | Jun 27 2024 18:36:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 5524841 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 27 2024 18:36:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 5514202 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 27 2024 18:36:00 | Specialized Loan Servicing, LLC, 8742 Lucent Boulevard, Suite 300, Highlands Ranch, CO 80129-2386 |
| 5514203 | | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 27 2024 18:36:00 | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 5514204 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 27 2024 18:36:00 | The Bureaus, Inc., 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5514192 | | Exeter Finacial |
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5514199 | ## | Nationwide Credit, Inc., PO Box 14581, Des Moines, IA 50306-3581 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles G. Wohlrab | on behalf of Creditor Specialized Loan Servicing LLC bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michelle McGowan | on behalf of Creditor Specialized Loan Servicing LLC mimcgowan@raslg.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Joyce Melinda Burrs pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Donald Jacob Burrs Jr. pmurphy@dplglaw.com, kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Exeter Finance LLC wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

IN RE: DONALD JACOB BURRS, JR.
DONALD JACOB BURRS
JOYCE MELINDA BURRS

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

CASE NO: 1-22-02516-HWV

vs.

DONALD JACOB BURRS, JR.
DONALD JACOB BURRS
JOYCE MELINDA BURRS

Respondent(s)

### ORDER

Upon consideration of the Motion to Dismiss with Prejudice for material default filed by the Trustee, Doc. 75, after notice and a hearing held on June 26, 2024, and for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** in part, and the above-captioned case is **DISMISSED** without prejudice.

By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: June 27, 2024